IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR F. STOSS, SR.,** | : | **CIVIL NO. 1:18-CV-442** |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT BUSH,** | : | |
| **THE ATTORNEY GENERAL OF** | : | |
| **THE STATE OF PENNSYLVANIA,** | : | |
| | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 3rd day of April, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed in the above-captioned action, and the court noting that petitioner previously initiated an action pursuant to 28 U.S.C. § 2254, see Stoss v. Lane, et al., No. 1:17-cv-1253, which was stayed on July 24, 2017, and any decision was held in abeyance pending petitioner's exhaustion of state remedies, see id. at Doc. 5, and it appearing that petitioner has fully exhausted his state court remedies, and the court finding that the instant action should be consolidated into civil action number 1:17-cv-1253, it is hereby ORDERED that:

1. The Clerk of Court is directed to CONSOLIDATE the cases docketed at Civil No. 1:17-cv-1253 and Civil No. 1:18-cv-442 into Civil No. 1:17-cv-1253.

2. The Clerk of Court is directed to CLOSE Civil No. 1:18-cv-442 and to REOPEN Civil No. 1:17-cv-1253.

3. The Clerk of Court is further directed to SUBSTITUTE petitioner's current custodian, Superintendent Bush, in place of Jay Lane as a respondent in this action. See 28 U.S.C. § 2243, R. GOVERNING § 2254 CASES R. 2(a).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania